In the Matter of the Opening of One Hundred and Twenty-seventh Street (Claim of James A. Deering). — Order affirmed, with ten dollars costs and disbursements. —
Per Curiam: The record upon which this appeal is heard shows beyond dispute that the relation of attorney and client between Deering and James Baird never existed, and as that relation is the necessary foundation for an attorney's lien, it follows that the attorney has no lien upon the fund. The order should be affirmed, with ten dollars costs and disbursements. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

Ludwig Baumann, Respondent, v. Richard de Logerot and Others, Appellants.— Appeal from order granting judgment upon demurrer as frivolous and from the judgment entered thereon.— Order and judgment affirmed, with costs.

Ludwig Baumann, Respondent, v. Richard de Logerot and Others, Appellants. — Appeal from order granting judgment upon demurrer as frivolous and from the judgment entered thereon.— Judgment and order affirmed, with costs. —
Per Curiam: We are of the opinion that the order and judgment appealed from should be affirmed, with costs. Even if the plaintiff has by the use of the firm name of "Baumann Bros." violated the provisions of section 364 of the Penal Code, and of the Laws of 1883, which we do not decide, he has not thereby become an outlaw and lost all civil rights. Judgment and order affirmed, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

In the Matter of Bernard Tock, Deceased. — Order modified by inserting Trust Co., and affirmed as modified, without costs.

Arthur Brichant, Appellant, v. George H. Bronwer and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Henry Winthrop Gray, as Receiver, etc., Respondent, v. Benjamin Croner and Others, Appellants. — Order denying motion to increase undertaking on injunction affirmed, with costs. No opinion.

Benjamin J. Moses, Jr., Appellant, v. George W. Glynn, Respondent. — Judgment affirmed, with costs. No opinion.

In the Matter of the Estate of Abner Mellen, Deceased. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Evelyn M. Trost, Respondent, v. Charles J. Hinman, Appellant. — Judgment affirmed. No opinion.

Ong Sing, Respondent, v. Hom Mon Due, Appellant, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. —
Per Curiam: The fact that the money was loaned gives no ground of arrest. The only ground upon which this order of arrest can be sustained is that the defendant has fraudulently disposed of his property with intent to defraud his creditors. The allegations in the affidavits wholly fail to set up any facts from which any such conclusion can be drawn, and are, therefore, wholly insufficient. The order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

Eugene Smith, as Executor, etc., Respondent, v. Frederick Rentz, Appellant. — Motion to resettle denied, with ten dollars costs.

Mary P. Brater, Respondent, v. Addison F. Andrews, Testamentary Trustee, etc., Appellant. — Judgment affirmed, with costs.—
Per Curiam: The notice of appeal was from the final judgment, no appeal having been taken from the interlocutory judgment. The questions sought to be varied, therefore, are not before us for review, and the judgment must be affirmed, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

In the Matter of New York Elevated Railway Company. — Reargument ordered.

In the Matter of E. Townsend Goldberg, an Attorney. — Referred to Thomas P. Wickes as referee to take proof and report with his opinion.

Mary A. Browne, Appellant, v. John M. Baker and Another, as Administrators, Respondents.— Upon payment of ten dollars costs to defendant, motion to dismiss denied.